UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONAGRA FOODS PACKAGED FOODS COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:06-CV-1116 CAS |
| ELOPAK, INC. AND ELOPAK CANADA, INC., | ) ) ) | |
| Defendants. | ) | |

### ORDER OF REMAND

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of St. Louis County, Missouri, for lack of subject matter jurisdiction.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 2nd day of November, 2006.